# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-2583

_____

| | | |
|---|---|---|
| V. Boyd, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota. |
| St. Paul Schools, Independent | * | |
| School District 625, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: December 28, 2001
Filed: January 17, 2002

_____

Before BOWMAN, BRIGHT, and LOKEN, Circuit Judges.

_____

PER CURIAM.

In 1999, V. Boyd filed a wrongful termination suit against the St. Paul Schools, Independent School District 625, in Minnesota state court. After a hearing, the Minnesota trial court granted the school district's motion for summary judgment, concluding that Boyd had not made a prima facie showing of discrimination. The Minnesota Court of Appeals dismissed Boyd's ensuing appeal for failure to pay the filing fee or to obtain a waiver, and the Minnesota Supreme Court denied review. In 2000, Boyd filed a nearly identical complaint against the school district in federal court, and also claimed that the Minnesota courts had denied him due process by refusing to waive his appellate filing fee. Upon the school district's motion, and

following a hearing, the District Court[1] dismissed Boyd's complaint as barred by res judicata and the Rooker-Feldman doctrine, see Rooker v. Fid. Trust Co., 263 U.S. 413 (1923); D.C. Court of Appeals v. Feldman, 460 U.S. 462 (1983). Boyd appeals.

After de novo review, we agree with the District Court that Boyd's action was barred by res judicata. Additionally, we conclude that Boyd's due-process claim is meritless, even if it is cognizable in this lawsuit, which it almost certainly is not. Our decision makes it unnecessary for us to address the Rooker-Feldman issue.

Accordingly, we affirm the judgment of the District Court. See 8th Cir. R. 47B. We also deny as moot or meritless Boyd's various motions on appeal.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Michael J. Davis, United States District Judge for the District of Minnesota.